tiorari denied. *R. A. Rogers* for petitioner. *Frank B. Belcher* for respondents.

No. 416. TEXAS *v.* GROUP OF INSTITUTIONAL INVESTORS ET AL. C. A. 8th Cir. Certiorari denied. *Price Daniel,* Attorney General of Texas, and *C. K. Richards,* Assistant Attorney General, for petitioner. *Charles W. McConaughy* for the Group of Institutional Investors; *Sanford H. E. Freund* for the Bondholders Protective Committee; and *Leonard P. Moore* and *Clair B. Hughes* for the Manufacturers Trust Co., respondents.

No. 424. FRAD *v.* COLUMBIAN NATIONAL LIFE INSURANCE CO. ET AL. C. A. 2d Cir. Certiorari denied. *Harris Jay Griston* for petitioner. *Samuel M. Lane* for the Columbian National Life Insurance Co., respondent.

No. 425. STOW MANUFACTURING Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *William J. Donovan, George G. Coughlin* and *Carbery O'Shea* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Irving I. Axelrad* for respondent.

No. 432. PALUMBO *v.* GANEY, U. S. DISTRICT JUDGE. C. A. 3d Cir. Certiorari denied. *Frederick Bernays Wiener* and *Jacob Kossman* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for respondent.

No. 435. LEE *v.* FINLEY ET AL. Supreme Court of Illinois. Certiorari denied. *Richard E. Westbrooks* for petitioner. *Isaac I. Bender* for respondents.